KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
PETER A. MESHOT, State Bar No. 117061
Supervising Deputy Attorney General
OLIVER R. LEWIS, State Bar No. 133557
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5495
 Fax: (916) 322-8288
 E-mail: Oliver.Lewis@doj.ca.gov
*Attorneys for Defendant*
*Dr. Lankford*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSE ARREOLA,**<br><br>Plaintiff,<br><br>v.<br><br>**DR. ANDREW POMAZAL, et al.,**<br><br>Defendants. | 2:15-cv-1179-JAM-DB<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT**<br><br>Judge:  Hon. Deborah Barnes<br>Trial Date:  None<br>Action Filed:  May 28, 2015 |

On December 29, 2016, defendant Dr. Lankford filed a request for extension of time to file his motion for summary judgment on the ground that his attorney of record, Deputy Attorney General Kevin W. Reager, was unexpectedly placed on medical leave until late January 2017. Defendant Lankford requested a 60-day extension of time to file his motion.

Good cause appearing, IT IS HEREBY ORDERED that Defendant's request (ECF No. 29) is granted.  Defendant shall file his motion for summary judgment no later than April 3, 2017.

DATED: January 19, 2017

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/arre1179.eot